# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

DEMETRIUS EUGENE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1870

————————————————

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Michael S. Williams, Judge.

Howard L. Dimmig, II, Public Defender and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Blain A. Goff, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.